**Order filed August 28, 2018**



In The

# Court of Appeals

For The

# First District of Texas

———————

## NO. 01-18-00609-CR

———————

**DEMETRIUS DOMONIQUE MITCHELL,**
**Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the County Court at Law No. 1**
**Witchita County, Texas**
**Trial Court Cause No. 73108-E**

---

## ORDER

This court has determined, pursuant to Texas Rule of Appellate Procedure 34.5(f) and 34.6(g)(2), that it must inspect the original of State's Exhibit No. 18, a DVD of a dashcam police video, admitted in the trial held on June 6, 2018.

The exhibit clerk of the County Court at Law No. 1 is directed to deliver to the Clerk of this Court the original of State's Exhibit State's Exhibit No. 18, a DVD of a dashcam police video, admitted in the trial held on June 6, 2018, **on or before September 7, 2018**.  The Clerk of this Court is directed to receive, maintain, and keep safe this original exhibit; to deliver it to the justices of this court for their inspection; and, upon completion of inspection, to return the original of State's Exhibit No. 18 to the clerk of the County Court at Law No. 1.

PER CURIAM